**UNITED STATES of America, Plaintiff, v. Lee SHUBERT, Jacob J. Shubert, Marcus Heiman, United Booking Office, Incorporated, Select Theatres Corporation, L.A.B. Amusement Corporation, Defendants.**

United States District Court
S. D. New York.
Dec. 30, 1953.

See, also, D.C., 14 F.R.D. 471.

Philip Marcus, Sp. Asst. to Atty. Gen., for plaintiff.

Klein & Weir, New York City, for defendants Lee Shubert, Jacob J. Shubert and Select Theatres Corp.

Cravath, Swaine & Moore, New York City, for defendants Marcus Heiman and United Booking Office, Inc.

Lipper, Shinn & Keeley, New York City, for defendant L. A. B. Amusement Corp.

**16**

KNOX, Chief Judge.

In principle, I can see no valid distinction between the facts of this case and those which were before the Supreme Court in the cases of Federal Baseball Club of Baltimore v. National League of Professional Baseball Clubs, 259 U.S. 200, 42 S.Ct. 465, 66 L.Ed. 898, and Toolson v. New York Yankees, 346 U.S. 356, 74 S.Ct. 78.

Upon the authority of these adjudications the complaint in the above-entitled action will be dismissed.